**GREEN DESERT OIL GROUP INC.; et al., Plaintiffs–Appellants,**

**v.**

**BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; et al., Defendants–Appellees.**

**No. 12–16054.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 10, 2014.

Filed May 1, 2014.

James Mitchell Lee, Esquire, Kinh Luan Tran, Esquire, Lee Tran & Liang, APLC, Los Angeles, CA, Christopher A. Seeger,

Seeger Weiss LLP, New York, NY, Jonathan Shub, Seeger Weiss LLP, Philadelphia, PA, for Plaintiffs–Appellants.

John D. Lombardo, Esquire, Ronald C. Redcay, Esquire, James Speyer, Arnold & Porter LLP, Bruce Vanyo, Esquire, Richard Harold Zelichov, Katten Muchin Rosenman, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: TALLMAN and CLIFTON, Circuit Judges, and DUFFY, District Judge.*

### MEMORANDUM **

For the reasons stated in the district court's well reasoned order, the dismissal of Appellants' claims against Appellee Redalix Ltd. is **AFFIRMED.**

---

* The Honorable Kevin Thomas Duffy, United States District Judge for the Southern District of New York, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.